UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN

IN RE:

Case No:18-40656
Chapter 7
Hon: OXHOLM

Tahisha Hargrove

    Debtor(s).
_____/

CHRISTOPHER E. FRANK (P67169)
cfrank@theleducgroup.com
Attorney for Creditor
P.O. Box 2191
Royal Oak, MI 48068
248-268-2224

James Frego P55727
23843 Joy Rd
Dearborn Heights, MI 48127
(313) 565-4252
_____/

## NOTICE OF APPEARANCE

**PLEASE TAKE NOTICE** that U of M Credit Union hereby appears in the above action, by and through its attorneys Leduc Frank, and requests that all papers in the case be served at the address stated below: Christopher E. Frank, Esq.,P.O. Box 2191, Royal Oak, MI 48068 cfrank@theleducgroup.com

**PLEASE TAKE FURTHER NOTICE** that the foregoing demand includes demand not only for notices and papers referred to in the rules specified above but also includes, without limitation, a demand for any and all orders and notices of any application, including notice of any application to sell real estate property held by the debtor, motion, petition, pleading, request, complaint or demand, whether formal or informal, whether written or oral, or whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex or otherwise, which affects the debtor or the property of the debtor.

Dated: 1/23/2018    By:    /S/ Christopher E. Frank
    Christopher E. Frank (P67169)
    cfrank@theleducgroup.com
    Attorney for Creditor
    P.O. Box 2191
    Royal Oak, MI 48068
    248-268-2224